# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**PATRICK L. SHERMAN**                                                         **PLAINTIFF**
**ADC #096304**

**v.**                                   **CASE NO. 4:21-cv-00351-JM**

**JAMES M. MOODY,** *et al.*                                           **DEFENDANTS**

## **ORDER**

Plaintiff Patrick L. Sherman's Motion to Dismiss (Doc. No. 3) is GRANTED. Plaintiff's Complaint is DISMISSED without prejudice. Fed. R. Civ. P. 41(a).

IT IS SO ORDERED this 12th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE