IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK L. SHERMAN**  **PLAINTIFF**
**ADC #096304**

v.  **CASE NO. 4:21-cv-00351-JM**

**JAMES M. MOODY,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

IT IS SO ORDERED this 12th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE